# Third District Court of Appeal
## State of Florida

Opinion filed September 22, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1937
Lower Tribunal No. F92-3649
_____


**Joseph White,**
Appellant,

vs.

**The State of Florida,**
Appellee.


An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Dava J. Tunis, Judge.

Joseph White, in proper person.

Ashley Moody, Attorney General, for appellee.


Before HENDON, MILLER and BOKOR, JJ.

PER CURIAM.

Affirmed.